JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ENRIQUE MEDINA AGUILAR, ) | Case No. EDCV 17-1624-CAS (AS) |
| ) Petitioner, ) | |
| ) v. ) | **JUDGMENT** |
| ) CYNTHIA ENTZEL, ) | |
| ) Respondent. ) | |
| ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 5, 2018.

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE